Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania
Civil Rights Division

| | |
|---|---|
| Shatasia Chanel Buckner<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Pennsylvania Department of Education, City of Luzerne Hanover Area School District, Commonwealth of Pennsylvania, CYF<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 3:24-cv-1494<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: (check one) ☒ Yes ☐ No<br><br><br><br>**FILED**<br>HARRISBURG, PA<br>SEP 04 2024<br>PER _____ IBC<br>DEPUTY CLERK |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shatasia Chanel Buckner |
| Street Address | ACP 5826 P.O.Box 1110 |
| City and County | Albany |
| State and Zip Code | New York 12201 |
| Telephone Number | |
| E-mail Address | thetruththelighttheway8@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Commonwealth of Pennsylvania |
| Job or Title *(if known)* | Department of Education |
| Street Address | 333 Market Street 1st Floor |
| City and County | Harrisburg |
| State and Zip Code | Pennsylvania 17126-0333 |
| Telephone Number | |
| E-mail Address *(if known)* | ra-stateboardofed@pa.gov |

Defendant No. 2

| | |
|---|---|
| Name | Luzerne County Hanover Area School District |
| Job or Title *(if known)* | Hanover Area School District |
| Street Address | 1600 Sans Souci Parkway |
| City and County | Ashley Luzurne |
| State and Zip Code | Pennsylvania 18706 |
| Telephone Number | 570-831-2300 |
| E-mail Address *(if known)* | bmcdermott@hanoverarea.net |

Defendant No. 3

| | |
|---|---|
| Name | Commonwealth of Pennsylvania City Of Luzerne County |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | v. Pennsylvania, 1 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Pennsylvania Department of H. Services (DHS) |
| Job or Title *(if known)* | Commonwealth Tower, Floor 4 |
| Street Address | P.O. Box 2675 |
| City and County | Harrisburg, Pennsylvania 17105-2675 |
| State and Zip Code | |
| Telephone Number | Pennsylvania 1 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name: Commonwealth of Pennsylvania Bureau of Child and Family Services
Job or Title (if known): Bureau of Child and Family Services
Street Address: 333 Market Street 8th Floor
City and County: Harrisburg
State and Zip Code: Pennsylvania 17126-0333
Telephone Number:
E-mail Address (if known): ra-stateboardofed@pa.gov

**Defendant No. 2**

Name: Pennsylvania Office of Children, Youth, and Family Serv.
Job or Title (if known): Office of Children, Youth, and Families
Street Address: Scranton State Office Building 100 Lackawanna Avenue
City and County: Scranton Luzerne
State and Zip Code: Pennsylvania 18503
Telephone Number: 570-963-4376
E-mail Address (if known):

**Defendant No. 3**

Name: Chanel Buckner
Job or Title (if known): 103 Barnes Street
Street Address:
City and County: Ashley, Luzerne,
State and Zip Code: Pennsylvania, 18706
Telephone Number: 570-825-1695
E-mail Address (if known): nelb2201@gmail.com

**Defendant No. 4**

Name: Cencora
Job or Title (if known): Lash Group
Street Address: P.O. Box 589
City and County: Claysburg
State and Zip Code: Pennsylvania 16625-0589
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Family Educational Rights and Privacy Act FERPA, 4th, 5th 14th Amendment, 20 U.S. Code § 1232g, UCCJEA subsection 208, PKPA

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Shatasa Chanel Richner, is a citizen of the State of *(name)* New York.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
       and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Pennsylvania Dept. of Education, is a citizen of the State of *(name)* Pennsylvania. Or is a citizen of *(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) Pennsylvania Department of Education, is incorporated under the laws of the State of (name) Pennsylvania, and has its principal place of business in the State of (name) Pennsylvania

Or is incorporated under the laws of (foreign nation) _____

and has its principal place of business in (name) _____

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 2/623 Defendants Chanel Buckner "CB" and Russell King "R.K." abducted my children with the intent to interfere with my parental rights, inflict severe harm, retaliation malicious intent for self interest. My children were then transported by Defendants C.B. and R.K. from New York to Pennsylvania leading up to additional harm caused by Commonwealth of Pennsylvania Luzerne Family Court, Ashley Police failed to verify validity of orders without being served leading up to addition harm and damage, gross negligence, fraud, identity theft, inflicted by Defendant Department of Education, Pennsylvania Bureau of and Family Services, Hanover Area School District who were contacted on 2/21/23 between 6/26/23 in addition to written notice yet failing to act on serious matters.

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pennsylvania Dept. of Education, Bureau of Family Services, DHS, Cencora failed to take action and assist with the ongoing parental/family abduction of my children for the last 18 months, since February 2023 grossly negligent in willful neglect, reckless discretion, child neglect, discrimination. This continues to an extreme risk with no intervention from the court. Currently seeking relief for my children's immediate return including, damages caused by named Defendants for emotional, psychological damage, financial loss, further relief of 18,200,000 in punitive, general, and permanent damages.

Page 4 of 5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/08/2024

Signature of Plaintiff     *[signature]*
Printed Name of Plaintiff

### B. For Attorneys

Date of signing: 08/07/2024

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Shatasia Bichner
ACP 5826 P.O. Box 1140
Albany, New York 12201

RECEIVED
HARRISBURG, PA
SEP 04 2024
PER ___JM___
DEPUTY CLERK



United States District Court - MDPA
1501 N. 6th, Suite 101
Harrisburg, Pennsylvania 17102